IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DISCOVER, §
§
    Plaintiff, §
§
VS. §                CIVIL ACTION NO. SA-25-CV-621-FB
§
LAWRENCE JEANPIERRE, REMOVING §
PARTY, §
§
    Defendant. §

### *ORDER REMANDING CASE*

The Court has considered the status of the above styled and referenced cause. On August 18, 2025, this Court entered an Order Accepting Report and Recommendation of United States Magistrate Judge Chestney who recommended that Defendant's *pro se* Application to Proceed in District Court without Prepaying Fees or Costs (docket entry no. 1) be denied and that Defendant be ordered to pay the filing fee of $405.00 on or before Friday, September 19, 2025 (docket entry no. 8).

In accepting the Recommendation, this Court ordered the Defendant to pay the filing fee of $405.00 on or before Friday, September 19, 2025, and advised the Defendant that "his failure to pay the filing fee of $405.00 by September 19, 2025, will result in this case being remanded for failure to follow a court order and failure to comply with 28 U.S.C. § 1914(a) which requires that all parties instituting a suit in federal court, whether by removal or otherwise, pay the filing fee." (Docket entry no. 8 at page 3.) The record reflects that to date, Defendant has failed to pay the filing fee as ordered.

Because the Defendant has failed to comply with the Court's Order concerning the payment of the filing fee and the time for doing so has expired, the Court finds this case should be remanded to the 288th Judicial District Court of Bexar County, Texas.

Accordingly, IT IS HEREBY ORDERED that this case is REMANDED to the 288th Judicial District Court of Bexar County, Texas.  IT IS FURTHER ORDERED that the Clerk send a certified copy of this order to the District Court in Bexar County, Texas, and close this case.

It is so ORDERED.

SIGNED this 30th day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE